Timothy GASTILE, Petitioner—
Appellant,

v.

Robert G. BORG, Warden,
Respondent—
Appellee.

No. 01–15309.

D.C. No. CV–96–00773–FCD.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 9, 2002.

Decided Oct. 28, 2002.

Before BALDOCK,* KLEINFELD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

We reject Gastile's appeal of the denial of his habeas petition. Because Gastile's petition was pending before the effective date of the Antiterrorism and Effective Death Penalty Act of 1996, we do not apply the current version of 28 U.S.C. § 2254(d).[1] Nevertheless, even assuming (but not deciding) that counsel's failure to present Dr. McEwen's testimony was ineffective assistance, Gastile cannot demon-

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *Lindh v. Murphy,* 521 U.S. 320, 322–23, 117 S.Ct. 2059, 138 L.Ed.2d 481 (1997).

strate the required prejudice[2] because of the overwhelming evidence of guilt. Counsel was not ineffective in failing to challenge the statement on voluntariness grounds. To find the statement involuntary, we must find police coercion of some sort, and we can discern none.[3]

AFFIRMED.

---

2. *Visciotti v. Woodford,* 288 F.3d 1097, 1105 (9th Cir.2002).

3. *Clabourne v. Lewis,* 64 F.3d 1373, 1379 (9th Cir.1995).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Bobby R. Baldock, Senior United States Circuit Judge for the Tenth Circuit Court of Appeals, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.